motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

MORRIS USDANSKY, Respondent, v. ROBERT E. LANE and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

WALTER ROSENBERG, Appellant, v. AMERICAN BURLESQUE ASSOCIATION, Respondent.—Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

ADOLPHUS F. PEROT and Another, Appellants, v. ANNIE S. PEROT and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and the attachment reinstated, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

H. A. BERGER'S METAL CEILING AND FIREPROOFING COMPANY, INC., Plaintiff, v. THE FARMERS' LOAN AND TRUST COMPANY and Another, as Trustees, etc., and JAMES EVERARDS' BREWERIES, Appellants, Impleaded with DAVIS KEVIN, Respondent, and Others.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

NEWTON L. SCHLOSS, Respondent, v. FRANKLIN J. MATCHETTE, Appellant.— Order affirmed, with ten dollars costs and disbursements. Date for examination to proceed to be fixed in order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

CASPER L. CASS, Respondent, v. CHARLES E. McMANUS, Appellant.— Appeal dismissed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

ROSE SOFFER, Respondent, v. ANDERSON HERD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Date for examination to proceed to be fixed in order. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

HENRY A. KOELSCH, Respondent, v. BELLA RODMAN and Another, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

HENRY A. KOELSCH, Respondent, v. BELLA RODMAN and Another, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

THE EMIGRANT INDUSTRIAL SAVINGS BANK, Respondent, v. JOHN G. PEPPLER, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

CHARLES J. TRAINOR, Respondent, v. EDWARD I. GOODRICH and Another, as Executors, etc., Appellants.— Order reversed, with ten dollars costs and